**Electronically Filed
Intermediate Court of Appeals
30417
04-NOV-2010
08:50 AM**

NO. 30417

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COUNTY OF MAUI, Appellant-Appellee, v.
STATE OF HAWAII, DEPARTMENT OF HEALTH, Appellee-Appellant.
(CIVIL NO. 08-1-0533)

_____

COUNTY OF MAUI, Appellant-Appellee, v.
STATE OF HAWAII, DEPARTMENT OF HEALTH, Appellee-Appellant.
(CIVIL NO. 08-1-0534)

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

ORDER APPROVING THE STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Fujise, J., for the court[1])

Upon consideration of the Stipulation for Dismissal With Prejudice, the papers in support, and the records and files herein, it appears that the parties have agreed to dismiss this appeal with the parties to bear their own costs and attorneys' fees related to the appeal. Therefore,

_____

[1] Considered by: Foley, Presiding Judge, Fujise and Leonard, JJ.

IT IS HEREBY ORDERED that the stipulation for dismissal is approved. The parties shall bear their own appellate cost and fees.

DATED: Honolulu, Hawai'i, November 4, 2010.

FOR THE COURT:

Associate Judge